PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Ernest Guevarra                                    Docket No.: 2:19-CR-00347-SVW-13

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Ernest Guevarra</u> who was placed on supervision by the Honorable <u>STEPHEN V. WILSON</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>27th</u> day of <u>September, 2021</u> who fixed the period of supervision at <u>5 years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Orders.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Ernest Guevarra before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing |
| Considered and ordered this <u>6th</u> day of <u>Dec.</u>, 2024 and ordered filed and made a part of the records in the above case. | and/or attached is true and correct to the best of my knowledge. |
|  | Executed on December 2, 2024 |
| /s/ Stephen V. Wilson | |
| United States District Judge | ANTHONY D. KYLES    /S/ |
| HONORABLE STEPHEN V. WILSON | U. S. Probation & Pretrial Services Officer |
|  | Place: Long Beach, California |

U.S.A. VS Ernest Guevarra
Docket No 2:19-CR-00347-SVW-13

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to notify the Probation Officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence, on or about November 12, 2024, Ernest Guevarra changed his residence and failed to notify the Probation Officer. His whereabouts are unknown.

2. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program, as directed by the Probation Officer, on November 4, 2024, Ernest Guevarra failed to report for substance abuse counseling intake at Detection and Treatment Resources, Incorporated.

3. Having been ordered by the Court to participate in mental health treatment, as directed by the Probation Officer, on November 5, 2024, Ernest Guevarra failed to report for mental health counseling at Detection and Treatment Resources, Incorporated.